WILLIAM H. WAGENER, JR., Respondent, v. BLOCH & GUGGENHEIMER, INC., and LINDLEY M. GARRISON, as Receiver of the NASSAU ELECTRIC RAILROAD COMPANY, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Mills, Putnam, Kelly and Manning, JJ.

WILKINSON BROTHERS & COMPANY, Respondent, v. CHARLES BERG, Also Known as CARL BERG, Appellant, and Another, Defendant.— Order denying motion to vacate order for examination before trial affirmed, with ten dollars costs and disbursements, and defendant Berg ordered to attend for such examination before the justice at *ex parte* part on October 28, 1921, at ten-thirty A. M. Blackmar, P. J., Mills, Putnam, Kelly and Manning, JJ., concur.

ESTHER L. WILSON, as Executrix, etc., of CHARLES Y. WILSON, Deceased, Respondent, v. CHARLES A. ELSBERG, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEO KRANZER, etc., Appellant.— Motion to resettle order denied. Present — Blackmar, P. J., Rich, Putnam, Kelly and Manning, JJ.

TOWN OF NORTH HEMPSTEAD, Appellant, v. PUBLIC SERVICE CORPORATION OF LONG ISLAND, Respondent. (Action No. 6.) — The injunction is continued in so far as it prohibits the defendant from cutting off gas pending the appeal, on condition that the appeal be perfected and brought on for argument on the 4th day of November, 1921, for which date the case is set down. Present — Blackmar, P. J., Rich, Putnam, Jaycox and Manning, JJ.

ALSEN CEMENT COMPANY OF AMERICA, INC., Appellant, v. PEACE BROTHERS, INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ.

JOSEPH BLEIER, Appellant, v. ETHEL BLEIER, Respondent.— Order modified by reducing the amount allowed as counsel fee to the sum of $200, and as modified affirmed, without costs. No opinion. Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ., concur.

EMILY E. BRILL, Respondent, v. LINDLEY M. GARRISON, as Receiver of NEW YORK CONSOLIDATED RAILROAD COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Mills, Putnam, Kelly and Manning, JJ. .